**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

RE:   Civil No. **04-12355**

Title: **John Anderson   V.   David Nolan, et al.**

## N O T I C E

The above-entitled case has been returned to the Clerk for reassignment.

Please take notice that this case previously assigned to Judge **Keeton** has been reassigned to Judge **Stearns** for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **RGS**.

Thank you for your cooperation in this matter.


TONY ANASTAS
CLERK OF COURT


By:   /s/ Karen Folan
Deputy Clerk

Date: 1/13/05