UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN ANDERSON )<br>   Petitioner, )<br>)<br>v. )<br>)<br>DAVID NOLAN )<br>   Respondent. )<br>) | Civil Action No.04-12355-RGS |

### RESPONDENT'S ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Now comes the Respondent, David Nolan, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to enlarge the time in which he must answer or otherwise plead until May 17, 2005. The respondent's responsive pleading is currently due on April 13, 2005. In support of this motion the respondent states:

1. This is a federal habeas corpus petition, brought pursuant to 28 U.S.C. §2254, from the petitioner's 1999 Middlesex conviction for mayhem, claiming (1) ineffective assistance of counsel for failing to request an intoxication instruction; (2) ineffective assistance of counsel for failing to litigate a motion to suppress; and (3) a due process violation by the Massachusetts Appeals Court alleged application of a conclusive presumption of specific intent.

2. The respondent has requested the necessary documents from the Middlesex County District Attorney's Office and has yet to receive those documents. Due to the need to review these documents, and counsel's other responsibilities in the Attorney General's Office, the respondent will require more time to properly answer the petition.

3. No previous application has been made to this Court for an enlargement of time to answer or otherwise plead.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must answer or otherwise plead until May 17, 2005.

                                              Respectfully submitted,

                                              <u>/s/ Eva M. Badway</u>  
                                              Eva M. Badway  
                                              Assistant Attorney General  
                                              Criminal Bureau  
                                              One Ashburton Place  
                                              Boston, Massachusetts 02108  
                                              (617) 727-2200, ext. 2824  
Dated: April 12, 2005                          BBO # 635431