UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANDERSON )<br>      Petitioner, )<br> )<br>v. )<br> )<br>DAVID NOLAN )<br>      Respondent. )<br> ) | Civil Action No.04-12355-RGS |

**RESPONDENT'S ASSENTED TO MOTION FOR AN ENLARGEMENT
OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING**

    Now comes the Respondent, David Nolan, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to enlarge the time in which he must answer or otherwise plead until May 31, 2005. The respondent's responsive pleading is currently due on May 17, 2005. In support of this motion the respondent states:

    1.    This is a federal habeas corpus petition, brought pursuant to 28 U.S.C. §2254, from the petitioner's 1999 Middlesex conviction for mayhem, claiming (1) ineffective assistance of counsel for failing to request an intoxication instruction; (2) ineffective assistance of counsel for failing to litigate a motion to suppress; and (3) a due process violation by the Massachusetts Appeals Court alleged application of a conclusive presumption of specific intent.

2.	The respondent has requested the necessary documents from the Middlesex County District Attorney's Office. The Middlesex County District Attorney's Office sent the wrong file to the Attorney General's Office. The respondent again has requested the correct file from the Middlesex County District Attorney's Office and has yet to receive those documents. Due to the need to review these documents, and counsel's other responsibilities in the Attorney General's Office, the respondent will require more time to properly answer the petition.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must answer or otherwise plead until May 31, 2005.

Respectfully submitted,

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824

Dated: May 16, 2005                            BBO # 635431