UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN ANDERSON<br>        Petitioner,<br><br>v.<br><br>DAVID NOLAN<br>        Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-12355-RGS<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

RESPONDENT'S SUPPLEMENTAL ANSWER

1. Docket Sheet, *Commonwealth v. John Anderson*, MICR1997-01838.

2. Defendant's Brief and Record Appendix, *Commonwealth v. John Anderson*, Massachusetts Appeals Court No. 2001-P-0456.

3. Commonwealth's Brief and Supplemental Record Appendix, *Commonwealth v. John Anderson*, Massachusetts Appeals Court No. 2001-P-0456.

4. Defendant's Reply Brief, *Commonwealth v. John Anderson*, Massachusetts Appeals Court No. 2001-P-0456.

5. *Commonwealth v. John Anderson*, 58 Mass. App. Ct. 117, 787 N.E.2d 1136 (2003).

6. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. John Anderson*, Docket No. FAR-13459.

7. Notice of Denial of Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. John Anderson*, Docket No. FAR-13459.

8. *Commonwealth v. John Anderson*, 439 Mass. 1108, 791 N.E.2d 346 (2003).

The trial transcripts are also filed with the clerk's office.

                                                              Respectfully submitted,

                                                              THOMAS F. REILLY
                                                              Attorney General

                                                              /s/ Eva M.Badway
                                                              Eva M. Badway
                                                              Assistant Attorney General
                                                              Criminal Bureau
                                                              One Ashburton Place
                                                              Boston, Massachusetts 02108
                                                             (617) 727-2200, ext. 2824

Dated: May 24, 2005                                BBO # 635431