UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN ANDERSON** ) | |
|       Petitioner, ) | |
| ) | |
| v. ) | **Civil Action No. 04-12355-RGS** |
| ) | |
| **DAVID NOLAN** ) | |
|       Respondent. ) | |

**ASSENTED TO MOTION FOR A SCHEDULING ORDER**

Now comes the respondent, David Nolan, the Superintendent of MCI-Cedar Junction, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to establish July 15, 2005 as the date for petitioner's counsel to file a Memorandum of Law in Support of the Petition for Habeas Corpus and August 15, 2005 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set July 15, 2005 as the date for petitioner's counsel to file a Memorandum of Law in Support of the Petition for Habeas Corpus and August 15, 2005 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

                                                             Respectfully submitted,

                                                             THOMAS  F.  REILLY
                                                             Attorney General

                                                             /s/ Eva M. Badway
                                                             Eva M. Badway
                                                             Assistant Attorney General
                                                             Criminal Bureau
                                                             One Ashburton Place
                                                             Boston, Massachusetts 02108
                                                             (617) 727-2200, ext. 2824
Dated: May 24, 2005                                 BBO # 635431