UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANDERSON )<br>      Petitioner, )<br> )<br>v. )<br> )<br> )<br>DAVID NOLAN )<br>      Respondent )<br> ) | Civil Action No. 04-12355-RGS |

**PETITIONER'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TOFILE MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**

Now comes the petitioner, John Anderson, with the assent of counsel for the respondent, and hereby respectfully moves this Honorable Court for an enlargement of time to file petitioner's Memorandum in Support of Petition For Writ of Habeas Corpus to August 12, 2005.

In support of this motion, petitioner states the following:

1. Petitioner's Memorandum in Support of Petition For Writ of Habeas Corpus is currently due to be filed on or before July 15, 2005.

2. This is petitioner's first request for an enlargement of time in this matter.

3. Counsel is a member of the Committee for Public Counsel Services Post-Conviction Panel, Murder Subpanel, and in this capacity counsel is currently representing multiple clients, including a client in a matter that is stayed in the Massachusetts Appeals Court and in which counsel is expected to file a motion for new trial in the appropriate Superior Court on or before July 14, 2005. This matter involves extensive documentary evidence and has been delayed by the need to arrange for the use of interpreter services

within a state prison. Counsel has further responsibilities that will require multiple visits to state prisons during the next two to four weeks. Accordingly, counsel will require the requested enlargement of time in order to prepare adequately the petitioner's memorandum.

Respectfully submitted,

JOHN ANDERSON,
By his Attorney,

Date: July 8, 2005

_____
David H. Mirsky, Attorney at Law
(MA B.B.O. # 559367)
99 Water Street, P.O. Box 1063
Exeter, NH 03833
Tel. 603-773-2199

CERTIFICATE OF SERVICE

I, David H. Mirsky, hereby certify that on July 8, 2005, a copy of the above document was mailed by first class US Mail, postage prepaid, to Eva M. Badway, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
David H. Mirsky