UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
JOHN ANDERSON                )
        Petitioner,       )
                             )
v.                           )
                             )    Civil Action No. 04-12355-RGS
                             )
DAVID NOLAN et al,           )
        Respondents       )
_____)

**PETITIONER'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PETITION FOR WRIT OF HABEAS CORPUS**

    Now comes the petitioner, John Anderson, with the assent of counsel for the respondent, and hereby respectfully moves this Honorable Court for an extension of time to June 20, 2007, to file petitioner's Objection to the Magistrate Judge's Report and Recommendation on Petition for Writ of Habeas Corpus, which was filed on May 4, 2007, and served upon petitioner by email on May 7, 2007.

    In support of this motion, petitioner states the following:

    1. Petitioner's Objection to the Magistrate Judge's Report and Recommendation is currently due to be filed on or before, May 21, 2007. See Rule 6(a), Fed. R. Civ. P.

    2. This is petitioner's first request for an extension of time to file said document.

    3. Counsel completed and filed an appellate brief and appendix in Massachusetts Supreme Judicial Court No. SJC-08846 on May 10, 2007, which case involves the appeal of a conviction of first degree murder. Counsel currently has an appellate brief and appendix due on May 15, 2007, in Massachusetts Appeals Court No. 2006-P-1079, which case involves the appeal of a conviction of second degree murder. Counsel's time to

work on the aforementioned matters was reduced by the need to prepare for oral arguments in the Massachusetts Appeals Court on May 3, 2007 (in Massachusetts Appeals Court No. 2006-P-0470), and on May 4, 2007 (in Massachusetts Appeals Court No. 2006-P-0882). In light of the foregoing, counsel will require the requested enlargement of time in order to prepare adequately the petitioner's Objection to the Magistrate's Report and Recommendation.

                                                 Respectfully submitted,

                                                 JOHN ANDERSON
                                                 By his Attorney,

                                                 /s/ David H. Mirsky
                                                 David H. Mirsky, Esquire
                                                 (MA B.B.O. # 559367)
                                                 Mirsky & Petito, Attorneys at Law
                                                 P.O. Box 1063
                                                 Exeter, NH 03833
                                                 Tel. 603-773-2199

Date: May 11, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have conferred in good faith with Eva M. Badway, counsel for the respondents David Nolan et al. in this matter, and Ms. Badway assents to this Motion.



                                                 /s/ David H. Mirsky
                                                 David H. Mirsky

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Eva M. Badway, counsel for the respondents David Nolan et al. in this matter.

                                                 /s/ David H. Mirsky
                                                 David H. Mirsky