UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 04-CV-12355-RGS


JOHN ANDERSON

v.

DAVID NOLAN


MEMORANDUM AND ORDER ON
MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION


June 26, 2007

STEARNS, D.J.

Upon consideration of the Report and Petitioner's lengthy Objection,[1] I will adopt Magistrate Judge Sorokin's Recommendation and order that the Petition be DENIED. I agree with the Magistrate Judge: (1) that Petitioner has identified no error in the legal standard applied by the Massachusetts Appeals Court in determining that his counsel's failure to request an instruction on voluntary intoxication and specific intent resulted in no prejudice: (2) that the refusal of the Appeals Court to reach his ineffectiveness claims with regard to counsel's failure to file a motion to suppress rests on an "independent and adequate" state ground; and (3) that there is no merit to Petitioner's argument that the Appeals Court violated (or sanctioned a violation) of his due process rights. The Petition

---

[1]The Objection is addressed more to issues of State law than it is to an analysis of State law in the context of Supreme Court precedent. See Williams v. Taylor, 529 U.S. 362, 405-408 (2000).

will therefore be <u>DISMISSED</u> with prejudice and the case closed.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE