UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN ANDERSON

    V.                                    CIVIL ACTION NO. 04-12355-RGS

DAVID NOLAN

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                           **JULY 5, 2007**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED JUNE 26, 2007,

IT HEREBY ORDERED:   THE PETITION IS DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                             RICHARD G. STEARNS
                                                             UNITED STATES DISTRICT JUDGE

              **BY:**

                                   /s/ Mary H. Johnson
                                  _____
                                      **Deputy Clerk**