UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANDERSON )<br>Petitioner, )<br> )<br>v. )<br> )<br> )<br> )<br>DAVID NOLAN et al, )<br>Respondents )<br> ) | Civil Action No. 04-12355-RGS |

## NOTICE OF APPEAL

Now comes the petitioner in the above-entitled case and appeals pursuant to Fed. R. App. P. 3 and 4. Pursuant to Fed. R. App. P. 3(c), the petitioner states the following:

(1) PARTY TAKING APPEAL: Petitioner John Anderson

(2) JUDGMENT ORDER OR PART THEREOF APPEALED: the District Court's (Stearns, J.) Memorandum and Order on Magistrate Judge's Report and Recommendation dated June 26, 2007 (document 18) and its Order of Dismissal dated July 5, 2007 (document 19) dismissing the Petition for a Writ of Habeas Corpus.

(3) COURT TO WHICH APPEAL IS TAKEN: United States Court of Appeals for the First Circuit.

                                                                          Respectfully submitted,

                                                                          JOHN ANDERSON
                                                                          By his Attorney,

                                                                          /s/ David H. Mirsky
                                                                          David H. Mirsky, Esquire
                                                                          (MA B.B.O. # 559367)
                                                                          Mirsky & Petito

Attorneys at Law  
P.O. Box 1063  
Exeter, NH 03833  
Tel. 603-773-2199  
davidmirsky@earthlink.net

Dated: July 6, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 6, 2007, including Eva M. Badway, Assistant Attorney General, counsel for the respondents David Nolan et al., in this matter. There are no non-registered participants involved in this case.

                                                                /s/ David H. Mirsky  
                                                                David H. Mirsky, Esquire