AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

**John Anderson**
Plaintiff

V.

**David Nolan**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **04-CV-12355-RGS**

I, **John Anderson**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **MCI CEDARJUNCTION**

   Are you employed at the institution? **NO**    Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **NOT APPLICABLE**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **2005 / $7.50 $325/373 MCI CEDARJUNCTION**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☒ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   **FAMILY AND FRIENDS, AND DON'T KNOW WHEN OR HOW MUCH.**

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes    ☐ No

   If "Yes," state the total amount.  $374.29 / $209.90

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

   NOT APPLICABLE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NOT APPLICABLE

I declare under penalty of perjury that the above information is true and correct.

July 7, 2007    John Anderson
_____    _____
     Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20070705 18:11

| Commit# : | W66971 | | | | | MCI CEDAR JUNCTION | | **Page :** 1 |
|---|---|---|---|---|---|---|---|---|
| Name : | ANDERSON, JOHN, , | | | | Statement From | 20070101 | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20070630 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | |
| Cell/Bed : | 178 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Period : | | $4,555.68 | $4,091.19 | $1,339.20 | $1,136.43 |
| 20070104 16:09 | IS - Interest | 7983911 | | CJ | | $2.63 | $0.00 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7983912 | | CJ | | $0.00 | $0.00 | $1.27 | $0.00 |
| 20070108 22:30 | CN - Canteen | 8014842 | | CJ | ~Canteen Date : 20070108 | $0.00 | $15.60 | $0.00 | $0.00 |
| 20070125 08:06 | ML - Mail | 8105214 | | CJ | ~913070712 ANDREA REILEY | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070125 08:06 | MA - Maintenance and Administration | 8105216 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070125 12:01 | EX - External Disbursement | 8106201 | 41540 | CJ | ~KATHY HAMEL | $0.00 | $100.00 | $0.00 | $0.00 |
| 20070129 09:51 | ML - Mail | 8114893 | | CJ | ~5629164579 CANNOT READ NAME | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8198280 | | CJ | | $2.89 | $0.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8198281 | | CJ | | $0.00 | $0.00 | $1.27 | $0.00 |
| 20070228 08:18 | ML - Mail | 8292135 | MO 645096567 | CJ | ~KATHY HAMEL | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070228 08:18 | MA - Maintenance and Administration | 8292138 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070312 22:30 | CN - Canteen | 8364729 | | CJ | ~Canteen Date : 20070312 | $0.00 | $15.60 | $0.00 | $0.00 |
| 20070314 16:40 | IS - Interest | 8377440 | | CJ | | $3.16 | $0.00 | $0.00 | $0.00 |
| 20070314 16:40 | IS - Interest | 8377441 | | CJ | | $0.00 | $0.00 | $1.16 | $0.00 |
| 20070321 08:48 | EX - External Disbursement | 8426090 | 42298 | CJ | ~KATHY HAMEL | $0.00 | $200.00 | $0.00 | $0.00 |
| 20070321 08:48 | MA - Maintenance and Administration | 8426093 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070323 09:30 | EX - External Disbursement | 8444434 | 42337 | CJ | ~THE BRADFORD EXCHANGE | $0.00 | $105.98 | $0.00 | $0.00 |
| 20070328 08:34 | ML - Mail | 8459224 | 492947347/ M.O. | CJ | ~ANDREA REILEY M.O.#492947347 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070409 22:30 | CN - Canteen | 8532491 | | CJ | ~Canteen Date : 20070409 | $0.00 | $15.60 | $0.00 | $0.00 |
| 20070419 15:45 | IS - Interest | 8592481 | | CJ | | $3.55 | $0.00 | $0.00 | $0.00 |
| 20070419 15:45 | IS - Interest | 8592482 | | CJ | | $0.00 | $0.00 | $1.32 | $0.00 |
| 20070502 08:59 | EX - External Disbursement | 8663791 | 42870 | CJ | ~ALDEN C. ANDERSON | $0.00 | $75.00 | $0.00 | $0.00 |
| 20070502 08:59 | MA - Maintenance and Administration | 8663793 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070507 22:30 | CN - Canteen | 8694739 | | CJ | ~Canteen Date : 20070507 | $0.00 | $8.20 | $0.00 | $0.00 |
| 20070509 15:52 | IS - Interest | 8708906 | | CJ | | $2.60 | $0.00 | $0.00 | $0.00 |
| 20070509 15:52 | IS - Interest | 8708907 | | CJ | | $0.00 | $0.00 | $1.27 | $0.00 |
| 20070521 22:30 | CN - Canteen | 8786936 | | CJ | ~Canteen Date : 20070521 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20070525 22:30 | CN - Canteen | 8817108 | | CJ | ~Canteen Date : 20070525 | $0.00 | $0.40 | $0.00 | $0.00 |
| 20070530 08:51 | ML - Mail | 8825000 | 1213 | CJ | ~MICHELLE FIDLER  PC#1213 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070605 08:24 | ML - Mail | 8857963 | | CJ | ~ED WALLACE M.O.#11171846057 | $20.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070705 18:11

| | | | | | | | Page: 2 |
|---|---|---|---|---|---|---|---|
| Commit# : | W66971 | | | | MCI CEDAR JUNCTION | | |
| Name : | ANDERSON, JOHN, , | | | Statement From | 20070101 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20070630 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | |
| Cell/Bed : | 178 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070605 08:24 | MA - Maintenance and Administration | 8857965 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070608 09:52 | EX - External Disbursement | 8886992 | 43308 | CJ | ~GIFT~KEITH NIEMIC | $0.00 | $20.00 | $0.00 | $0.00 |
| 20070611 22:30 | CN - Canteen | 8896965 | | CJ | ~Canteen Date : 20070611 | $0.00 | $16.40 | $0.00 | $0.00 |
| 20070612 10:03 | ML - Mail | 8900167 | | CJ | ~JOHN BEDARD M.O.#11315169270 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20070614 15:57 | IS - Interest | 8923405 | | CJ | | $1.40 | $0.00 | $0.00 | $0.00 |
| 20070614 15:57 | IS - Interest | 8923406 | | CJ | | $0.00 | $0.00 | $0.84 | $0.00 |
| 20070619 11:15 | EX - External Disbursement | 8951341 | 43425 | CJ | ~USA TODAY SPORTS WEEKLY | $0.00 | $24.95 | $0.00 | $0.00 |
| 20070619 14:31 | CN - Canteen | 8954621 | | CJ | ~Canteen Date : 20070618 | $0.00 | $16.40 | $0.00 | $0.00 |
| 20070625 22:30 | CN - Canteen | 8985699 | | CJ | ~Canteen Date : 20070625 | $0.00 | $16.40 | $0.00 | $0.00 |
| 20070629 22:30 | CN - Canteen | 9016269 | | CJ | ~Canteen Date : 20070629 | $0.00 | $16.40 | $0.00 | $0.00 |
| | | | | | | $566.23 | $656.43 | $7.13 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $374.29 | $209.90 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $374.29 | $209.90 | $0.00 | $0.00 | $0.00 | $0.00 |

JUL 6 2007

INMATE ACCOUNTS
MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071