UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN ANDERSON,           )
        Petitioner,       )
                                 )  C.A. No. 04-12355-RGS
        v.                       )
                                 )
DAVID NOLAN,             )
        Respondent        )

ORDER ON MOTION FOR LEAVE TO PROCEED
ON APPEAL *IN FORMA PAUPERIS* (#21)

STEARNS, D.J.

On July 6, 2007 a Notice of Appeal of the dismissal of this action was filed. On July 11, 2007, Petitioner filed a Motion for Leave to Proceed *in forma pauperis* on appeal (#21).

Upon review of Petitioner's financial disclosures and prison account information, the Court finds he lacks sufficient funds to pay the appellate filing fee.

Accordingly, Petitioner's Motion for Leave to Proceed *in forma pauperis* on appeal (#21) is hereby ALLOWED. The clerk is directed to transmit this Order to the United States Court of Appeals for the First Circuit forthwith.

SO ORDERED.

                                          /s/ Richard G. Stearns
                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

DATED: July 16, 2007