UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANDERSON ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-12355-RGS |
| ) | |
| DAVID NOLAN et al, ) | |
|     Respondents ) | |

### PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY

Petitioner John Anderson respectfully moves that this Honorable Court grant him a certificate of appealability (COA) pursuant to 28 U.S.C. § 2253. Petitioner seeks a COA as to this Court's dismissal of his habeas corpus petition. The claims for which petitioner seeks a COA are (1) that the petitioner's right to effective assistance of counsel under the Sixth Amendment to the United States Constitution was denied by his trial counsel's failure to request an available and materially significant jury instruction on intoxication: that the jury were permitted to consider evidence of petitioner's intoxication in deciding whether he possessed the required specific intent for the offense of mayhem, that is, the specific intent to maim or disfigure; (2) that the petitioner's right to effective assistance of counsel under the Sixth Amendment was denied by his trial counsel's materially substandard failure to file or litigate a motion to suppress statements allegedly made by petitioner while in police custody; and (3) that the Appeals Court, in affirming petitioner's mayhem conviction, addressed the intoxication instruction issue in a manner that effectively applied a conclusive presumption of specific intent, in violation of the Due Process Clause of the Fourteenth Amendment to the United States

1

Constitution.

      Petitioner is filing with this application a memorandum that sets forth the reasons for granting the COA.

Respectfully submitted,

JOHN ANDERSON
By his Attorney,

/s/ David H. Mirsky
David H. Mirsky, Esquire
(MA B.B.O. # 559367)
Mirsky & Petito
Attorneys at Law
P.O. Box 1063
Exeter, NH 03833
Tel. 603-773-2199
davidmirsky@earthlink.net

Dated: July 19, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 19, 2007, including Eva M. Badway, Assistant Attorney General, counsel for the respondents David Nolan et al., in this matter. There are no non-registered participants involved in this case.

                                              /s/ David H. Mirsky
                                              David H. Mirsky, Esquire