CM/ECF USDC Massachusetts - Version 9.0.5 - Docket Report
Case 1:04-cv-12355-RGS    Document 25-2    Filed 08/03/2007    Page 1 of 4
Page 1 of 4

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12355-RGS

Anderson v. Nolan et al
Assigned to: Judge Richard G. Stearns
Referred to: Magistrate Judge Leo T. Sorokin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/05/2004
Date Terminated: 06/26/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**John Anderson**                   represented by **David H. Mirsky**
                                    Mirsky & Petito, Attorneys at Law
                                    PO Box 1063
                                    Exeter, NH 03833
                                    603-773-2199
                                    Fax: 603-773-2198
                                    Email: davidmirsky@earthlink.net
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**David Nolan**                     represented by **Eva M. Badway**
*Superintendent*                    Attorney General's Office
                                    One Ashburton Place
                                    Boston, MA 02108-1698
                                    617-727-2200 x2824
                                    Fax: 671-727-5755
                                    Email: eva.badway@ago.state.ma.us
                                    *ATTORNEY TO BE NOTICED*

**Respondent**

**Thomas F. Reilly**                represented by **Eva M. Badway**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 59914, filed by John Anderson. (Attachments: # 1 Civil Cover Sheet)(Folan, Karen) (Entered: 11/10/2004) |
| | | |

| | | |
|---|---|---|
| 11/05/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Folan, Karen) (Entered: 11/10/2004) |
| 01/13/2005 | 2 | Notice of Reassignment. Judge Richard G. Stearns added. Judge Robert E. Keeton no longer assigned to case. Counsel are directed to the Court' Standing Orders re: Electronic Case Filing. (Folan, Karen) (Entered: 01/13/2005) |
| 03/22/2005 | 3 | Judge Richard G. Stearns : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Flaherty, Elaine) (Entered: 03/23/2005) |
| 04/12/2005 | 4 | Assented to MOTION for Extension of Time to May 17, 2005 to To File A Responsive Pleading by David Nolan.(Badway, Eva) (Entered: 04/12/2005) |
| 04/20/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 4 Motion for Extension of Time (Flaherty, Elaine) (Entered: 04/25/2005 |
| 05/16/2005 | 5 | Second MOTION for Extension of Time to May 31, 2005 to File a Responsive Pleading by David Nolan.(Badway, Eva) (Entered: 05/16/2005) |
| 05/18/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 5 Motion for Extension of Time (Flaherty, Elaine) (Entered: 05/19/2005) |
| 05/24/2005 | 6 | RESPONSE/ANSWER to 1 Petition for writ of habeas corpus (28:2254) by David Nolan. (Badway, Eva) (Entered: 05/24/2005) |
| 05/24/2005 | 7 | NOTICE by David Nolan *of Filings with the Clerk's Office* (Badway, Eva) (Entered: 05/24/2005) |
| 05/24/2005 | 8 | Assented to MOTION for Order to Schedule by David Nolan.(Badway, Eva) (Entered: 05/24/2005) |
| 05/25/2005 | 9 | Supplemental ANSWER to Complaint by Thomas F. Reilly.(Flaherty, Elaine) (Entered: 05/25/2005) |
| 05/25/2005 | 10 | Copies of transcripts from State Court proceedings (four Volumes), filed. (Flaherty, Elaine) (Entered: 05/25/2005) |
| 06/29/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 8 Motion for Order (Flaherty, Elaine) (Entered: 06/29/2005) |
| 07/11/2005 | 11 | MOTION for Extension of Time to 8/12/05 to file memo in support of petition by John Anderson.(Flaherty, Elaine) (Entered: 07/14/2005) |
| 07/26/2005 | 12 | Judge Richard G. Stearns : ORDER entered. REFERRING CASE to Magistrate Judge Leo T. Sorokin Referred for: R and R on petition for writ of habeas corpus(Flaherty, Elaine) (Entered: 07/26/2005) |
| 08/12/2005 | 13 | MEMORANDUM OF LAW by John Anderson to 1 Petition for writ of habeas corpus (28:2254), filed. (Attachments: # 1)(Flaherty, Elaine) |

| | | |
|---|---|---|
| | | (Entered: 08/15/2005) |
| 08/25/2005 | 🔵 | Judge Leo T. Sorokin : Electronic ORDER entered granting 11 Motion for Extension of Time (Tyler, Rebecca) (Entered: 08/25/2005) |
| 09/12/2005 | 14 | RESPONSE/ANSWER to *Memorandum of Law In Support of Petition for Habeas Corpus* by David Nolan. (Badway, Eva) (Entered: 09/12/2005) |
| 05/04/2007 | 15 | Magistrate Judge Leo T. Sorokin : REPORT AND RECOMMENDATIONS re 1 Petition for writ of habeas corpus (28:2254) filed by John Anderson; For the foregoing reasons it is recommended that Petitioner's Petition be DENIED. (Simeone, Maria) (Entered: 05/07/2007) |
| 05/11/2007 | 16 | Assented to MOTION for Extension of Time to June 20, 2007 to file Objection to Magistrate Judge's Report and Recommendation by John Anderson.(Mirsky, David) (Entered: 05/11/2007) |
| 05/15/2007 | 🔵 | Judge Richard G. Stearns : ElectronicORDER entered granting 16 Motion for Extension of Time for petitioner to file objection to R & R by 6/20/07 (Flaherty, Elaine) (Entered: 05/15/2007) |
| 06/13/2007 | 17 | Objection to 15 REPORT AND RECOMMENDATIONS re 1 Petition for writ of habeas corpus (28:2254) filed by John Anderson, by John Anderson. (Mirsky, David) (Entered: 06/13/2007) |
| 06/26/2007 | 18 | Judge Richard G. Stearns : ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 15 Report and Recommendations Action on motion petition dismissed with prejudice and the case closed (Flaherty, Elaine) (Entered: 06/26/2007) |
| 07/05/2007 | 19 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 07/05/2007) |
| 07/06/2007 | 20 | NOTICE OF APPEAL by John Anderson NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 7/26/2007. (Mirsky, David) (Entered: 07/06/2007) |
| 07/11/2007 | 21 | MOTION for Leave to Proceed in forma pauperis by John Anderson. (Mirsky, David) (Entered: 07/11/2007) |
| 07/16/2007 | 22 | Judge Richard G. Stearns : ORDER entered granting 21 Motion for Leave to Proceed in forma pauperis on appeal. (PSSA, 1) (Entered: 07/17/2007) |
| 07/19/2007 | 23 | MOTION for Certificate of Appealability by John Anderson.(Mirsky, David) (Entered: 07/19/2007) |
| 07/19/2007 | 24 | MEMORANDUM in Support re 23 MOTION for Certificate of Appealability filed by John Anderson. (Mirsky, David) (Entered: |

|            |   | 07/19/2007) |
|------------|---|-------------|
| 07/20/2007 | 🌀 | Judge Richard G. Stearns : Electronic ORDER entered denying 23 Motion for Certificate of Appealability "These arguments have been considered and rejected by the Magistrate Judge and the District Court as insubstantial." (Flaherty, Elaine) (Entered: 07/23/2007) |