# MANDATE

# United States Court of Appeals
## For the First Circuit

04-12355
USDC/MA
Stearns, R

---

No. 07-2208

JOHN ANDERSON,

Petitioner, Appellant,

v.

DAVID NOLAN,

Respondent, Appellee.

---

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

---

JUDGMENT

Entered: September 28, 2007

The application for a certificate of appealability is denied essentially for the reasons stated in the Report and Recommendation of May 4, 2007. The appeal is terminated.

By the Court:

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk
Deputy Clerk

Date: 10/22/07

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk.

[cc: Eva M. Badway, Esq., David H. Mirsky, Esq.]